UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re:   Shannen Marie Noark and Brian Clark Smith         Case No. 05-49174

United States District Court
Southern District of Texas
FILED

Debtor(s).

MAY 1 3 2011

**Application for Payment of Unclaimed Funds**       David J. Bradley, Clerk of Court
**and Certificate of Service**

1. I am making application to receive $ 2,005.70, which was deposited as unclaimed funds on behalf of MBNA (name of original creditor/debtor).

2. Applicant is entitled to receive the requested funds, has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding the funds at issued based upon the following (check the statement(s) that apply):

a. Applicant is the creditor/debtor named in paragraph 1, and the owner of the funds appearing on the records of this Court, as evidenced by the attached documents.

XXXX b. Applicant is the attorney in fact for the creditor/debtor named in paragraph 1, with authority to receive such funds, or who is authorized by the attached original Power of Attorney (applicant is an agent of American Property Locators, Inc. as indicated in attached certificate) to file this application on behalf of the creditor/debtor.

c. Applicant is the assignee or successor-in-interest of the creditor/debtor named in paragraph 1, or the representative of the assignee or successor-in-interest, as evidenced by the attached documents establishing chain of ownership and/or assignment.

d. Applicant is a duly authorized corporate officer (if a corporation) or a general partner (if a partnership) and a representative of the creditor/debtor named in paragraph 1.

e. Applicant is the representative of the estate of the deceased creditor/debtor named in paragraph 1, as evidenced by the attached certified copies of death certificate and other appropriate probate documents substantiating applicant's right to act on behalf of the decedent's estate.

f. None of the above apply. As evidenced by the attached documents, applicant is entitled to these unclaimed funds because:

_____
_____
_____

3. I understand that pursuant to 18 U.S.C. ' 152, I could be fined no more that $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U.S. Attorney for possible prosecution.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing statements and information are true and correct.

Dated: 5/11/11

Applicant's Signature _____
Applicant's Name    J. Armstrong Duffield, agent for American Property Locators, Inc.
Address    3855 S. Boulevard, S-200
Edmond, OK 73013
Phone:    (405) 341-9001

Subscribed and sworn before me this 11 May 2011.

_____
Notary Public
State of Oklahoma
My commission expires 4/27/2015

Attachments:   1. Trustee's Pay-in
2. LPOA with Bus Card , Photo ID
3. Certificate of Authority to Act
4. W-9
5. Merger documentation

**Certificate of Service**

I certify that on 5/11/11 (date), a true and correct copy of this application for payment of unclaimed funds was served by first class United States Mail on the following:

U.S. Attorney
P.O. Box 61129
Houston, TX  77208

U.S. Trustee
515 Rusk Ave., Ste.3516
Houston, TX  77002

Service completed- J Armstrong Duffield _____

## LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that I,

**Karen Hartford Polk, Assistant Vice President of Bank of America Corporation ("Bank of America"),** acting on behalf of Bank of America hereby appoint **J. Armstrong Duffield of American Property Locators, Inc.,** in the person of one of its principal officers, as Bank of America's lawful attorney-in-fact to seek recovery of the undistributed, unclaimed, or undelivered tenders of funds of:

**MBNA in the amount of $2,005.70**

held by the United States, by a state, or by an agency or instrumentality of either, hereby revoking all previous powers of attorney in this regard to whomever granted.

Bank of America further grants the attorney authority to do whatever is necessary and proper to recover the aforementioned unclaimed funds only, as fully as it might or could do if acting through its own officers or agents, hereby confirming all that the attorney shall lawfully do or cause to be done. Nevertheless, the attorney shall have no authority to incur any financial obligation or to make any expenditure on behalf of Bank of America, other than an expenditure payable from any sums recovered by virtue of the attorney's actions.

In construing this instrument where the context so requires, the singular includes the plural. This Power of Attorney shall expire 180 days from the date hereof or upon collection of the aforementioned unclaimed funds, if earlier, unless otherwise extended by an amendment which is attached hereto.

Signed this 21 day of March, 2011

**Bank of America Corporation**

_Karen Hartford Polk_
Karen Hartford-Polk
**Assistant Vice President**

MDNA,

Federal Taxpayer ID
94-1687665

State of North Carolina County of Mecklenburg Date: March 21, 2011.

The above-named Karen Hartford Polk, known to me to be the individual described in [and holding the position designated in] the foregoing instrument, appeared before me and acknowledged the execution thereof to be his/her free act and deed.

Before me: _signature_
Notary Public

(Notary Seal)

My commission expires: 3/28/2014

[Notary Seal: KRISTEN A. YAROMA, Notary Public, Mecklenburg Co., NC]

**Bank of America**

Karen Hartford Polk
Assistant Vice President
Recovery Solutions
Recovery Officer

Tel: 704.387.5985 · Fax: 980.233.7721
karen.a.hartford@bankofamerica.com
Bank of America, NC1-023-15-01- *021-03-40*
~~525~~ *401* North Tryon Street, Charlotte, NC



BANK OF AMERICA CORPORATION

CERTIFICATE OF ASSISTANT SECRETARY

The undersigned, Allison L. Gilliam, an Assistant Secretary of Bank of America Corporation, a Delaware corporation (herein the "Corporation"), does hereby certify that:

1. The following person has been duly elected or appointed and has duly qualified as an officer of the Corporation and she holds the office set forth opposite her name:

| Name | Title |
|---|---|
| Karen Hartford Polk | Assistant Vice President |

2. The following is a true and complete copy of Article IX, Section 1 of the Bylaws of said Corporation and the same is in full force and effect as of the date hereof:

Section 1. **Execution of Instruments.** All agreements, indentures, mortgages, deeds, conveyances, transfers, contracts, checks, notes, drafts, loan documents, letters of credit, master agreements, swap agreements, guarantees, certificates, declarations, receipts, discharges, releases, satisfactions, settlements, petitions, schedules, accounts, affidavits, bonds, undertakings, proxies and other instruments or documents may be signed, executed, acknowledged, verified, attested, delivered or accepted on behalf of the Corporation by the Chairman of the Board, the Chief Executive Officer, the President, any Vice Chairman, any Division President, any Managing Director, any Vice President, any Assistant Vice President, or any individual who is listed on the Corporation's Officer's payroll file in a position equal to any of the aforementioned officer positions, or such other officers, employees or agents as the Board of Directors or any of such designated officers or individuals may direct. The provisions of this Section 1 are supplementary to any other provision of these Bylaws and shall not be construed to authorize execution of instruments otherwise dictated by law.

IN WITNESS WHEREOF, I have hereupon set my hand and affixed the seal of the Corporation this 7th day of September, 2010.

(CORPORATE SEAL)

*Allison L. Gilliam*
Allison L. Gilliam
Assistant Secretary

| Form **W-9** (Rev. October 2007)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification** | Give form to the<br>requester. Do not<br>send to the IRS. |

Name (as shown on your income tax return)
**Bank of America, N.A.**

Business name, if different from above

Check appropriate box: ☐ Individual/Sole proprietor ☑ Corporation ☐ Partnership
☐ Limited liability company. Enter the tax classification (D=disregarded entity, C=corporation, P=partnership) ▶ ......
☐ Other (see instructions) ▶

☐ Exempt payee

Address (number, street, and apt. or suite no.)
**401 North Tryon Steet NC1-021-03-40**

City, state, and ZIP code
**Charlotte, NC 28255**

Requester's name and address (optional)

List account number(s) here (optional)

### Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

or

Employer identification number
**94 : 1687565**

### Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. See the instructions on page 4.

Sign Here   Signature of U.S. person ▶ *[signature]*   Date ▶ 3/14/2011

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

### Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
- An estate (other than a foreign estate), or
- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

- The U.S. owner of a disregarded entity and not the entity,

Cat. No. 10231X   Form **W-9** (Rev. 10-2007)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | Case No. 05-49174-H5-7 |
| SHANNEN NOARK & BRIAN SMITH | Chapter 7 |
| Debtor(s). | APPLICATION TO PAY FUNDS INTO THE REGISTRY UNDER 11 U.S.C. §347 (a) |

The undersigned trustee reports:

\_\_\_ The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

  X\_\_ More than ninety (90) days have passed since the return of minimal funds to Debtor, and the dividend(s) payable to the Debtor listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, *et seq*).

Dated   04/22/10

/s/ Ronald J. Sommers
Ronald J. Sommers
2800 POST OAK BLVD 61st Floor
Houston TX 77056

**CERTIFICATE OF SERVICE**

I, Ronald J. Sommers, hereby certify that a true and correct copy of this Motion to Pay Funds into the Registry Under 11 U.S.C. § 374 (A) has been delivered via electronic transmission (ECF) to the U. S. Trustee, at 515 Rusk Avenue, Suite 3516, Houston, Texas  77002 via electronic transmission (ECF), on this 22nd day of April, 2010.

/ Ronald J. Sommers
Ronald J. Sommers

## EXHIBIT "A"

Please check one:

__   Small Dividends

XX   Unclaimed Dividends

| Name & Address | Claim No. | Amount |
|---|---|---|
| MDNA, TRUE LOGIC FINANCIAL CORP.<br>POB 4238<br>ENGLEWOOD, CO 80155-4238 | 6 | 2,005.70 |
| CITIBANK CHOICE<br>POB 6305<br>THE LAKES, NV 88901-4238 | 9 | 291.20 |
| CITIBANK CHOICE<br>POB 6305<br>THE LAKES, NV 88901-6305 | 7 | 258.83 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL:** |  | $2,555.73 |

FORM B10 (Official Form 10)

UNITED STATES BANKRUPTCY COURT — **PROOF OF CLAIM**

| Name of Debtor: | Case Number: |
|---|---|

Sheldon Wayne Nowk
Brenda Lea Smith

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

TrueLogic Financial Corporation
P O Box 4238
Englewood, CO 80155-4238

Telephone Number:

**1. Basis for Claim**
- [ ] Goods sold
- [ ] Services performed
- [ ] Money loaned
- [ ] Personal injury/wrongful death
- [ ] Taxes
- [ ] Other

**2. Date debt was incurred:**

**3. If court judgment, date obtained:**

**4. Classification of Claim.**

Unsecured Nonpriority Claim $

Unsecured Priority Claim

Secured Claim

**5. Total Amount of Claim at Time Case Filed:** $

**6. Credits:**

**7. Supporting Documents:**

**8. Date-Stamped Copy:**

Date / Signature

PO BOX 4437
ENGLEWOOD CO 80155-4437

RETURN SERVICE REQUESTED


**True**
FINANCIAL CORPORATION
Toll Free Tele: (866) 488-4299

March 16, 2006

TrueLogic Financial Corporation
PO BOX 4387
ENGLEWOOD CO 80155-4387

NOARK, SHANNEN M
1502 TABOR ST
HOUSTON, TX 77009

| ACCOUNT DETAIL | |
|---|---|
| Creditor | MBNA |
| Present Owner | MILE ROCK HOLDINGS, LLC |
| Your Account Number | 5329061455111851 |
| Client Reference Number | 1085114 |
| Balance Due | $20,396.08 |

* Enclose the top portion of this notice with your payment and returning it in the enclosed envelope will expedite credit to your account *

### * * * ACCOUNT STATEMENT * * *

| RETAIN FOR YOUR RECORDS | |
|---|---|
| Creditor: | MBNA |
| Present Owner: | MILE ROCK HOLDINGS, LLC |
| Your Account Number: | 5329061455111851 |
| Client Reference Number: | 1085114 |
| Balance Due: | $20,396.08 |

This is a statement of your past due account that has been assigned to TrueLogic Financial Corporation for collection. If remitting payment please include the payment stub above and be sure your account number appears on your check or money order. All contacts and payments are to be made through this office to ensure proper posting.

If you are unable to pay this amount in full please contact our office at the number listed above. We are willing to make payment arrangements to resolve the outstanding balance.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Make your check or money order payable to the Name and Address listed above.

**Please see the back of this letter for IMPORTANT Consumer NOTIFICATION**

TrueLogic Financial Corporation * 10000 E. Geddes Ave Suite 100 * Englewood CO 80112 * Toll Free Tele: (866) 488-4299

**History of Mbna (dover) Bank, Dover, Delaware (FDIC Cert: 23885)**
Note: This institution is currently part of Bank of America, National Association, Charlotte, North Carolina (FDIC Cert: 3510)

|    | Date       | Event |
|----|------------|-------|
| 1  | 6/11/1982  | Institution established. Original name: Equitable Bank Of Delaware, National Association (23885) |
| 2  | 12/21/1984 | Changed name to **Equitable Bank Of Delaware (23885).** |
| 3  | 3/28/1990  | Changed name to **Mbna (dover) Bank (23885)**. |
| 4  | 1/29/1991  | **Merged into and subsequently operated as part of Central Atlantic Bank, National Association in Newark, Delaware (23761)** |
| 5  | 12/31/1991 | Changed name to **Maryland National Bank (23761)**. |
| 6  | 12/31/1991 | Moved bank headquarters from Dover, Delaware to Baltimore, Maryland. |
| 7  | 12/31/1991 | Moved bank headquarters from Dover, Delaware to Baltimore, Maryland. |
| 8  | 12/31/1991 | Changed trust powers from Trust Powers Not Granted to Full Trust Powers Granted. |
| 9  | 12/31/1991 | Acquired Maryland National Bank (4823) in Baltimore, Maryland. |
| 10 | 2/4/1994   | Acquired American Security Bank, National Association (804) in Silver Spring, Maryland. |
| 11 | 4/29/1994  | **Merged into and subsequently operated as part of NationsBank, National Association in Bethesda, Maryland (12883)** |
| 12 | 4/29/1994  | Acquired Nationsbank Of Dc, National Association (18603) in Washington, District Of Columbia. |
| 13 | 3/8/1995   | **Merged into and subsequently operated as part of NationsBank, National Association in Richmond, Virginia (6886)** |
| 14 | 3/8/1995   | Moved bank headquarters from Baltimore, Maryland to Mclean, Virginia. |
| 15 | 9/29/1995  | **Merged into and subsequently operated as part of NationsBank, National Association in Charlotte, North Carolina (15802)** |
| 16 | 4/15/1996  | Acquired Nationsbank Trust Company, National Association (27412) in Washington, District Of Columbia. |
| 17 | 6/1/1997   | Acquired Nationsbank, National Association (south) (2155) in Atlanta, Georgia. |
| 18 | 6/11/1997  | Acquired Boatmen's Bank Of Vandalia (13961) in Vandalia, Missouri. |
| 19 | 6/13/1997  | Acquired Boatmen's Bank Of Southwest Missouri (1152) in Carthage, Missouri. |
| 20 | 6/13/1997  | Acquired Boatmen's Bank Of Kennett (1630) in Kennett, Missouri. |
| 21 | 6/13/1997  | Acquired The Boatmen's National Bank Of St. Louis (3764) in St. Louis, Missouri. |
| 22 | 6/13/1997  | Acquired Boatmen's National Bank Of Central Illinois (3803) in Hillsboro, Illinois. |
| 23 | 6/13/1997  | Acquired Boatmen's National Bank Of Cape Girardeau (4529) in Cape Girardeau, Missouri. |
| 24 | 6/13/1997  | Acquired Boatmen's National Bank Of Lebanon (4545) in Lebanon, Missouri. |
| 25 | 6/13/1997  | Acquired Boatmen's First National Bank Of West Plains (4577) in West Plains, Missouri. |
| 26 | 6/13/1997  | Acquired Boatmen's Bank Of Mid-missouri (8882) in Columbia, Missouri. |
| 27 | 6/13/1997  | Acquired Boatmen's River Valley Bank (9381) in Lexington, Missouri. |
| 28 | 6/13/1997  | Acquired Boatmen's Bank Of Marshall (11467) in Marshall, Missouri. |
| 29 | 6/13/1997  | Acquired Boatmen's Bank Of Quincy (11701) in Quincy, Illinois. |
| 30 | 6/13/1997  | Acquired Boatmen's Bank Of South Central Illinois (11738) in Mount Vernon, Illinois. |
| 31 | 6/13/1997  | Acquired Boatmen's Bank Of Rolla (12210) in Rolla, Missouri. |
| 32 | 6/13/1997  | Acquired Boatmen's Bank Of Pulaski County (13184) in Richland, Missouri. |
| 33 | 6/13/1997  | Acquired Boatmen's National Bank Of Coles County (13969) in Charleston, Illinois. |
| 34 | 6/13/1997  | Acquired Boatmen's Bank Of Troy (15265) in Troy, Missouri. |

| # | Date | Event |
|---|---|---|
| 35 | 6/13/1997 | Acquired Boatmen's Bank Of Franklin County (15517) in Benton, Illinois. |
| 36 | 6/13/1997 | Acquired Boatmen's Osage Bank (16266) in Butler, Missouri. |
| 37 | 6/13/1997 | Acquired Boatmen's National Bank Of Boonville (16466) in Boonville, Missouri. |
| 38 | 6/13/1997 | Acquired Nationsbank, National Association (mid-west) (19362) in Kansas City, Missouri. |
| 39 | 7/11/1997 | Acquired Boatmen's Bank Of Southern Missouri (17901) in Springfield, Missouri. |
| 40 | 7/11/1997 | Acquired Boatmen's National Bank Of Oklahoma (25270) in Tulsa, Oklahoma. |
| 41 | 8/15/1997 | Acquired Boatmen's National Bank Of Arkansas (1032) in Little Rock, Arkansas. |
| 42 | 8/15/1997 | Acquired Sunwest Bank Of Albuquerque, National Association (2234) in Albuquerque, New Mexico. |
| 43 | 8/15/1997 | Acquired Boatmen's National Bank Of South Arkansas (14223) in Camden, Arkansas. |
| 44 | 8/15/1997 | Acquired Boatmen's National Bank Of Newark (16203) in Newark, Arkansas. |
| 45 | 8/15/1997 | Acquired Boatmen's Bank Iowa, National Association (18064) in Des Moines, Iowa. |
| 46 | 9/19/1997 | Acquired Boatmen's Trust Company Of Kansas (26721) in Prairie Village, Kansas. |
| 47 | 1/15/1998 | Acquired Sun World, National Association (32465) in Santa Teresa, New Mexico. |
| 48 | 1/23/1998 | Acquired Boatmen's Trust Company Of Illinois (33567) in Belleville, Illinois. |
| 49 | 3/13/1998 | Acquired Boatmen's Trust Company Of St. Louis (90329) in St. Louis, Missouri. |
| 50 | 3/13/1998 | Acquired Boatmen's Trust Company, An Oklahoma Trust Company (33877) in Oklahoma City, Oklahoma. |
| 51 | 3/28/1998 | Acquired Boatmen's Trust Company Of Arkansas (33454) in Little Rock, Arkansas. |
| 52 | 5/6/1998 | Acquired Nationsbank Of Texas, National Association (27306) in Dallas, Texas. |
| 53 | 7/9/1998 | Acquired Sunwest Bank Of El Paso, National Association (19197) in El Paso, Texas. |
| 54 | 7/9/1998 | Acquired Boatmen's National Bank Of Austin (27321) in Austin, Texas. |
| 55 | 8/6/1998 | Acquired Nationsbank, National Association (glenn County) (29253) in Brunswick, Georgia. |
| 56 | 10/8/1998 | Acquired Barnett Bank, National Association (3566) in Jacksonville, Florida. |
| 57 | 10/8/1998 | Acquired Community Bank Of The Islands (27164) in Sanibel, Florida. |
| 58 | 11/12/1998 | Acquired Nationsbank Of Tennessee, National Association (10313) in Nashville, Tennessee. |
| 59 | 4/8/1999 | Acquired Bank Of America Texas, National Association (33404) in Irving, Texas. |
| 60 | 4/8/1999 | Reorganized. |
| 61 | 7/5/1999 | Changed name to **Bank Of America, National Association (15802)**. |
| 62 | 7/23/1999 | **Merged into and subsequently operated as part of Bank of America, National Association in Charlotte, North Carolina (3510)** |
| 63 | 12/1/1999 | Acquired Bank Of America Utah, National Association (9575) in Salt Lake City, Utah. |
| 64 | 5/31/2001 | Acquired Nationsbank Trust Company Of New York (33937) in New York, New York. |
| 65 | 6/13/2005 | Acquired Fleet National Bank (2558) in Providence, Rhode Island. |
| 66 | 9/22/2006 | Acquired Mbna America Delaware, National Association (34680) in Wilmington, Delaware. |
| 67 | 2/22/2008 | Acquired United States Trust Company, National Association (34061) in New York, New York. |
| 68 | 6/30/2008 | Acquired Bank Of America Georgia, National Association (57117) in Atlanta, Georgia. |
| 69 | 10/17/2008 | Acquired Lasalle Bank National Association (15407) in Chicago, Illinois. |
| 70 | 10/17/2008 | Acquired Lasalle Bank Midwest National Association (22488) in Troy, Michigan. |
| 71 | 1/16/2009 | Maintained operations with government open bank assistance. |
| 72 | 4/27/2009 | Acquired Countrywide Bank, Fsb (33143) in Centennial, Colorado. |
| 73 | 7/1/2009 | Acquired Merrill Lynch Bank Usa (27374) in Salt Lake City, Utah. |
| 74 | 11/2/2009 | Acquired Merrill Lynch Bank & Trust Co., Fsb (34571) in New York, New York. |